■ BARBIZON ELECTRIC CO., INC., Appellant, v. CITY OF NEW YORK, Respondent.—

Concur — Stevens, P. J., Capozzoli, Markewich, Nunez and Eager, JJ.

■ ALFRED STRELSIN, Respondent, v. RONA BARRETT, Appellant, et al., Defendants.—

Concur — Markewich, J. P., Nunez, McNally, Steuer and Tilzer, JJ.

■ 6911 ENTERPRISES, INC., Respondent, v. DIDIM RESTAURANT, INC., et al., Appellants, et al., Defendants. DIDIM RESTAURANT, INC., et al., Third-Party Plaintiffs, v. HERBERT LEVINE et al., Third-Party Defendants.—

Concur — McGivern, J. P., Markewich, Kupferman, Tilzer and Eager, JJ.